UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL GOMEZ,

                Plaintiff,

– against –

WEBTOOLS, L.L.C.,

                Defendant.

**ORDER**

22 Civ. 2511 (ER)

Ramos, D.J.:

    Plaintiff filed a complaint against Webtools, L.L.C., Inc. on March 28, 2022.  *See* Doc. 1. Defendant was served on April 12, 2022 and was required to answer by May 3, 2022.  *See* Doc. 5.  As of the date of this Order, defendant has not appeared or responded to the complaint.

    Plaintiff is therefore instructed to submit a status report by no later than July 20, 2022. Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:    July 12, 2022
              New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.